AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2012 AUG 31 A 9: 10

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| DANIEL BROWN AS A STOCKHOLDER DERIVATIVELY ON BEHALF OF DANMARC, INC. d/b/a/ CAPITAL CAT CLINIC | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 1:12CV980 |
| MGBDVM, LLC and MARCUS BROWN | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MGBDVM, LLC.

SERVE: Leonard Buscemi, Esq. (R.A. for MGBDVM, LLC)
5531 Lee Highway, Suite 204
Arlington, Virginia 22207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin E. Byrnes, Esq.
3141 Fairview Park Drive, Suite 350
Falls Church, Virginia 22042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
COPY

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action



SPS
RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2012 AUG 31  A 9: 10

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| DANIEL BROWN AS A STOCKHOLDER DERIVATIVELY ON BEHALF OF DANMARC, INC. d/b/a/ CAPITAL CAT CLINIC | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 1:12CV980 |
| MGBDVM, LLC and MARCUS BROWN | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Marcus Brown (Individually)
        923 North Kenmore Street
        Arlington, Virginia 22201

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kevin E. Byrnes, Esq.
        3141 Fairview Park Drive, Suite 350
        Falls Church, Virginia 22042

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                             CLERK OF COURT

                                                                              COPY

Date: _____                  _____
                                                                     *Signature of Clerk or Deputy Clerk*